# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

|  |  |  |
|---|---|---|
| AMERICAN PETROLEUM INSTITUTE, et al., | ) ) ) | |
| Petitioners, | ) ) ) | |
| v. | ) ) ) | No. 24-1289 |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | ) ) ) ) | |
| Respondents. | ) ) | |

_____

## STATUS REPORT

Pursuant to this Court's September 4, 2024 order, Respondents United States Environmental Protection Agency and Michael S. Regan, Administrator, hereby provide the Court with a 90-day status report:

1. In petitions pending before this Court and consolidated under Case No. 24-1054[1], numerous petitioners seek review of an EPA rulemaking promulgated pursuant to section 111 of the Clean Air Act, 42 U.S.C. § 7411, that establishes performance standards for several subcategories of new oil and gas sources that emit greenhouse gases (methane) and volatile organic compounds, as

---

[1] Merits briefing in Case Nos. 24-1054, et al., is ongoing. The case has not yet been scheduled for oral argument.

well as emission guidelines for states to regulate existing oil and gas sources that emit methane ("the Rule"). 89 Fed. Reg. 16820 (Mar. 8, 2024).

2. Several petitioners in those consolidated cases also filed petitions with EPA seeking administrative reconsideration of portions of the Rule. On May 6, 2024, EPA granted administrative reconsideration of two aspects of the Rule:

(1) Vent gas net heating value (NHV) monitoring and alternate sampling demonstration requirements for flares and enclosed combustion devices; and

(2) Temporary flaring provisions for associated gas in certain situations.

3. In an order entered on September 4, 2024, the Court severed challenges to those two aspects of the Rule, assigned those challenges the above-captioned separate docket number, and held the resulting petition in abeyance pending further order of the Court. The Court ordered Respondents to provide status reports at 90-day intervals and directed the parties to file motions to govern further proceedings in this matter within 30 days of the resolution of the American Petroleum Institute and American Exploration & Production Council's petition for administrative reconsideration.

4. EPA's administrative reconsideration process concerning the two aspects of the Rule identified above is ongoing. The Agency continues to investigate these issues in preparation for further rulemaking related to the

associated Rule requirements, which will bear on this petition. These circumstances justify the continued abeyance of the above-captioned case.

Respectfully submitted,

TODD KIM
Assistant Attorney General

*/s/ Tsuki Hoshijima*
CHLOE H. KOLMAN
BRIAN H. LYNK
ANDREW S. COGHLAN
TSUKI HOSHIJIMA
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 532-3285 (Hoshijima)
tsuki.hoshijima@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Status Report has been filed with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the CM/ECF System. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ Tsuki Hoshijima*